Drohan Lee

Erika M. Vásconez
T: (212) 710-0011
ecalderon@dlkny.com

November 24, 2026

**VIA ECF**
Hon. Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Application GRANTED. SO ORDERED.
Dated: November 25, 2026

Re: *M.F. et al v. N.Y.C. Public Schools,* 26-cv-06179 (JLR)(SDA)

Dear Judge Aaron,

We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on three administrative hearings under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq*., as well as for this action.

I write to respectfully request a stay of this action, and a corresponding extension of Defendant's time to respond to the Complaint, from November 25, 2026, until February 25, 2027, Plaintiffs consent to this request. On August 13, 2026, the Court granted Defendant's first request for an extension of the Answer deadline. ECF No. 11. This is Defendant's first request to stay the action.

Plaintiffs provided their billing records today and a stay of this action will allow Defendant to begin its internal settlement review process, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement. We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the Court with any sort of motion practice, conferences or even the need to file an Answer. The parties are hopeful this matter will be resolved as well.

Accordingly, Defendant respectfully requests that this action be stayed until February 25, 2027, and that Defendant's time to respond to the Complaint be extended to that date, with a joint status letter also due then. Thank you for considering this request.

Respectfully submitted,

By: <u>*/s/ Erika M. Vásconez*</u>
Erika M. Vásconez, Esq.

cc: Irina Roller, Esq. (*via* ECF)